| | |
|---|---|
| 1 | RONALD WILCOX, ESQ.   Bar No. 176601 |
| 2 | 1900 The Alameda, Suite 530<br>San Jose, CA 95126 |
| 3 | Tel: (408) 296-0400 |

UNITED STATES BANKRUPTCY COURT

<u>NORTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

| | |
|---|---|
| In re: Rey Valdespino<br>        Sophia Valdespino<br><br>              Debtors | ) Case No.  11-60482 SLJ<br>)<br>)<br>) Chapter 13<br>)  Date: March 15, 2012<br>)  Time: 9:30AM<br>)  Courtroom: 3099<br>) Judge:  Hon. S. L. Johnson |

**CERTIFICATE OF SERVICE BY MAIL**

I, the undersigned, certify:

I am not less than 18 years of age and not a party to the within case.  My business address is 1900 The Alameda, Suite 530, San Jose, CA 95126.

On February 17, 2012 I served the following documents:

**1-  Amended Plan**

On the following persons by placing a true copy thereof enclosed in a sealed envelope, first class United States mail with postage thereon fully prepaid, in the United States mail at San Jose, CA, addressed as follows:

**Debtors**:
Rey & Sophia Valdespino
4649 Park Concord Place
San Jose, CA 95136

//
//

**Trustee:**
Devin Derham-Burk
Chapter 13 Trustee
By Electronic Notice only

Office of the U.S. Trustee
By Electronic Notice only

**Deed of Trust Holder:**
CitiMortgage, Inc.
PO Box 6030
Sioux Falls, SD 57117-6030

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 17, 2012 at San Jose.

/s/ Tamara Hay
Tamara Hay, Senior Paralegal for
Ronald Wilcox, Attorney
1900 The Alameda, Suite 530
San Jose, CA 95126