```
                        United States Bankruptcy Court
                        Northern District of California
```

In re:                                                           Case No. 11-60482-SLJ
Rey Valdespino                                                   Chapter 13
Sophia Marie Valdespino
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0971-5          User: nortiz          Page 1 of 1          Date Rcvd: Apr 15, 2015
                              Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2015.
12460883      CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA 50368-8971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2015 at the address(es) listed below:
              Bryan S. Fairman    on behalf of Creditor    CitiMortgage, Inc ecfcanb@piteduncan.com,
               BSF@ecf.inforuptcy.com
              Devin  Derham-Burk    ctdocs@ch13sj.com
              John  Callison    on behalf of Creditor    Bayview Loan Servicing LLC
               john.callison@buckleymadole.com
              Jonathan  Cahill    on behalf of Creditor    CitiMortgage, Inc ecfcanb@piteduncan.com,
               JCC@ecf.inforuptcy.com
              Megan E. Lees    on behalf of Creditor    CitiMortgage, Inc ecfcanb@piteduncan.com,
               MEL@ecf.inforuptcy.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov,  ltroxas@hotmail.com
              Ronald  Wilcox    on behalf of Debtor Rey  Valdespino, Sr ronaldwilcox@post.harvard.edu
              Ronald  Wilcox    on behalf of Joint Debtor Sophia Marie Valdespino ronaldwilcox@post.harvard.edu
                                                                                             TOTAL: 8

210B (12/09)

# United States Bankruptcy Court

Northern District of California
Case No. 11-60482
Chapter 13

In re: Debtor(s) (including Name and Address)

Rey Valdespino
4649 Park Concord Pl
San Jose CA 95136

Sophia Marie Valdespino
4649 Park Concord Pl
San Jose CA 95136

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/15/2015.

Name and Address of Alleged Transferor(s):

Claim No. 4: CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971

Name and Address of Transferee:

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/17/15

Edward J. Emmons
**CLERK OF THE COURT**